**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER MICKENS, | : | CRIMINAL ACTION NO. |
| | : | 1:08-CR-0404-RWS |
| Movant, | : | |
| | : | |
| | : | CIVIL ATION NO. |
| v. | : | 1:11-CV-2015-RWS |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

This case is before the Court for consideration of the Report and Recommendation [120] of Magistrate Judge Gerrilyn G. Brill. After reviewing the Report and Recommendation and Movant's Objections [122] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Specifically, the Court finds that the Report and Recommendation adequately addresses each of the Objections raised by Movant. Therefore, Movant's Motion to Vacate Sentence Under 28 U.S.C. § 2255 [113] and Movant's Motion for New Trial [118] are hereby **DENIED**, and Movant is **DENIED** a certificate of appealability.

AO 72A
(Rev.8/82)

      **SO ORDERED** this ‌‌27th‌‌ day of February, 2013.

 

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)