**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHRISTOPHER MICKENS : | |
| : | |
| Movant, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:08-CR-0404-RWS |
| : | |
| UNITED STATES OF AMERICA, : | |
| : | |
| Respondent. : | |

**ORDER**

This case is before the Court for consideration of the Report and Recommendation [126] of Magistrate Judge Gerrilyn G. Brill.  After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court.  Accordingly, Movant's § 2255 Motion [125] is hereby **DISMISSED** as successive, and Movant is **DENIED** a certificate of appealability.

**SO ORDERED** this   18th   day of September, 2013.

**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)